IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAWRENCE VIGIL,

   Plaintiff,

v.                                       1:15-cv-430-KG-SCY

TRUX SERVICE AND TOWING, JEROME CHAVEZ &
UNITED FINANCIAL CASUALTY COMPANY,

   Defendants.

**ORDER ON
UNOPPOSED MOTION TO REMAND**

THIS MATTER having come before the Court on the parties' unopposed Motion to Remand, this Court having reviewed the Motion and noting the concurrence of counsel, hereby dismisses this action in this Court and remands this matter to State Court.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Approved:

/s/ Meena H. Allen
Meena H. Allen
*Attorneys for Defendants*

/s/s Eva Blazejewski
Eva Blazejewski
*Attorney for Plaintiff*